No. 83–1642. U. S. Electrical Motors, a Division of Emerson Electric Co. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 83–1645. Struemph et al. v. McAuliffe. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 83–1649. Beimert v. Burlington Northern Inc. C. A. 8th Cir. Certiorari denied.

No. 83–1736. Segal v. United States. C. A. 2d Cir. Certiorari denied.

No. 83–1741. Hyun Joon Chung et ux. v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 83–1746. Schwartz v. United States. C. A. 3d Cir. Certiorari denied.

No. 83–1763. Llaguno v. United States. C. A. 4th Cir. Certiorari denied.

No. 83–1797. Graham v. Colorado. Ct. App. Colo. Certiorari denied.

No. 83–6196. Schaflander et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 83–6200. Taylor v. United States. C. A. 11th Cir. Certiorari denied.

No. 83–6243. Charles F. v. New York. Ct. App. N. Y. Certiorari denied.

No. 83–6340. Brown v. United States. C. A. 7th Cir. Certiorari denied.

No. 83–6344. Drew et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 83–6370. Strong v. United States; and
No. 83–6378. Redwine v. United States. C. A. 7th Cir. Certiorari denied. Reported below: 715 F. 2d 315.